# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D17-1334

———————————————

ERIC L. HATCHER,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

———————————————

On appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

March 6, 2018

PER CURIAM.

   AFFIRMED.

ROWE, RAY, and MAKAR, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Andy Thomas, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant; Eric L. Hatcher, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.